**DISMISS; Opinion filed September 28, 2012**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00523-CV

## IN THE INTEREST OF C.S. AND P.S., CHILDREN

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-08-10832

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang
Opinion By Justice Bridges

By letter dated April 19, 2012, the Court informed appellant that the $175 filing fee was due and instructed appellant to file the fee within ten days of the date of the letter. We cautioned appellant that failure to pay the fee will result in dismissal of the appeal without further notice.

As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

DAVID L. BRIDGES
JUSTICE

120523F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF C.S. AND P.S., CHILDREN

No. 05-12-00523-CV

Appeal from the 256th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DF-08-10832).
Opinion delivered by Justice Bridges, Justices Francis and Lang, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Michelle Mansour, recover her costs of the appeal from appellant, Philip Simpkins.

Judgment entered September 28, 2012.

DAVID L. BRIDGES
JUSTICE